10/09/2018

# Montana State Prison
## Resident Statement

Resident Name: KIBBY, NATHANIEL  
Housing Location: MSP, LHU1, U, E, 5, 1  
Resident ID: 3019567

Date Range: 09/08/2018 Through 10/08/2018

### Beginning Account Balances:

| | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| Trust | $11.18 | $0.00 | $0.00 |
| **Begin Totals** | **$11.18** | **$0.00** | **$0.00** |

### Ending Account Balances:

| | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| Trust | $8.61 | $0.00 | $0.00 |
| **End Totals** | **$8.61** | **$0.00** | **$0.00** |

| Date | Amount | Type | Comment | Personal Bal Change | Personal Acct Balance | Non-Personal Change | Non-Personal Acct Bal | Debt Bal Change | Debt Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09/10/2018 | $2.05 | Resident Deposit | Edward R. Hamilton Refund 7/23/18 | $2.05 | $13.23 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/18/2018 | ($0.47) | Transfer Other Funds | MSP Postage  Heather | ($0.47) | $12.76 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/21/2018 | ($3.68) | Transfer Other Funds | MSP Postage | ($3.68) | $9.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/24/2018 | ($0.47) | Transfer Other Funds | MSP Postage  NHPD JESSE FRIEDMAN | ($0.47) | $8.61 | $0.00 | $0.00 | $0.00 | $0.00 |

OK (09/18/2018)
OK (09/21/2018)

Indigent – 10/10 OSR to Accounting

Recieved 10/16

3019567     KIBBY, NATHANIEL     MSP     10/09/2018

# Montana State Prison
## Resident Statement

Resident Name: KIBBY, NATHANIEL  
Housing Location: MSP, LHU2, L, H, 2, 1  

Resident ID: 3019567

Date Range: 08/11/2018 Through 09/09/2018

Beginning Account Balances:      Ending Account Balances:

|  | Personal Balance | Non-Per Balance | Debt |  | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|---|---|---|---|
| Trust | $14.86 | $0.00 | $0.00 | Trust | $11.18 | $0.00 | $0.00 |
| **Begin Totals** | **$14.86** | **$0.00** | **$0.00** | **End Totals** | **$11.18** | **$0.00** | **$0.00** |

| Date | Amount | Type | Comment | Personal Bal Change | Personal Acct Balance | Non-Personal Change | Non-Personal Acct Bal | Debt Bal Change | Debt Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/20/2018 | ($3.68) | Transfer Other Funds | MSP postage | ($3.68) | $11.18 | $0.00 | $0.00 | $0.00 | $0.00 |
| 08/29/2018 | $0.00 | Sale | Debit Sale | $0.00 | $11.18 | $0.00 | $0.00 | $0.00 | $0.00 |

# Montana State Prison
## Resident Statement

232

| Resident Name: | KIBBY, NATHANIEL | | Resident ID: 3019567 |
|---|---|---|---|
| Housing Location: | MSP, UB, 2, 30, 2, 2 | Date Range: 07/09/2018 Through 08/13/2018 | |

**Beginning Account Balances:**

| | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| Trust | $0.01 | $0.00 | $0.00 |
| **Begin Totals** | **$0.01** | **$0.00** | **$0.00** |

**Ending Account Balances:**

| | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| Trust | $14.86 | $0.00 | $0.00 |
| **End Totals** | **$14.86** | **$0.00** | **$0.00** |

| Date | Amount | Type | Comment | Personal Bal Change | Personal Acct Balance | Non-Personal Change | Non-Personal Acct Bal | Debt Bal Change | Debt Balance |
|---|---|---|---|---|---|---|---|---|---|
| 07/23/2018 | $14.85 | Resident Deposit | Edward R Hamilton | $14.85 | $14.86 | $0.00 | $0.00 | $0.00 | $0.00 |

# Montana State Prison
## Resident Statement

Resident Name: KIBBY, NATHANIEL  
Housing Location: MSP, UB, 2, 30, 2, 2

Date Range: 06/10/2018 Through 07/09/2018

Resident ID: 3019567

**Beginning Account Balances:**

|  | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| Trust | $103.74 | $0.00 | $0.00 |
| **Begin Totals** | **$103.74** | **$0.00** | **$0.00** |

**Ending Account Balances:**

|  | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| Trust | $0.01 | $0.00 | $0.00 |
| **End Totals** | **$0.01** | **$0.00** | **$0.00** |

| Date | Amount | Type | Comment | Personal Bal Change | Personal Acct Balance | Non-Personal Change | Non-Personal Acct Bal | Debt Bal Change | Debt Balance |
|---|---|---|---|---|---|---|---|---|---|
| ~~06/20/2018~~ OK | ~~($4.26)~~ | ~~Sale~~ | ~~Debit Sale~~ | ~~($4.26)~~ | ~~$99.48~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ |
| 06/25/2018 | ($55.55) | Resident Withdrawal | Edward R. Hamilton | ($55.55) | $43.93 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/25/2018 | ($41.99) | Resident Withdrawal | Inmate Magazine Service Inc | ($41.99) | $1.94 | $0.00 | $0.00 | $0.00 | $0.00 |
| ~~06/26/2018~~ OK | ~~($1.93)~~ | ~~Sale~~ | ~~Debit Sale~~ | ~~($1.93)~~ | ~~$0.01~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ | ~~$0.00~~ |

06/12/2018

# Montana State Prison
## Resident Statement

Resident Name:   KIBBY, NATHANIEL  
Housing Location:   MSP, UB, 2, 30, 2, 2

Resident ID: 3019567

Date Range:  
05/06/2018   Through   06/11/2018

Beginning Account Balances:

|  | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| Trust | $30.53 | $0.00 | $0.00 |
| **Begin Totals** | **$30.53** | **$0.00** | **$0.00** |

Ending Account Balances:

|  | Personal Balance | Non-Per Balance | Debt |
|---|---|---|---|
| Trust | $103.74 | $0.00 | $0.00 |
| **End Totals** | **$103.74** | **$0.00** | **$0.00** |

| Date | Amount | Type | Comment | Personal Bal Change | Personal Acct Balance | Non-Personal Change | Non-Personal Acct Bal | Debt Bal Change | Debt Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05/11/2018 | ($6.74) | Transfer Other Funds | MSP POSTAGE | ($6.74) | $23.79 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/23/2018 | ($0.80) | Sale | Debit Sale | ($0.80) | $22.99 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/31/2018 | $80.75 | Resident Deposit | Edward R. Hamilton Refund 4/16/18 | $80.75 | $103.74 | $0.00 | $0.00 | $0.00 | $0.00 |

(Handwritten "ok" marks next to each of the three entries.)

# Montana State Prison
## Resident Statement

Resident Name: KIBBY, NATHANIEL     Resident ID: 3019567
Housing Location: MSP, UB, 2, 30, 2, 2

232

Date Range: 04/08/2018 Through 05/07/2018

Beginning Account Balances:     Ending Account Balances:

|       | Personal Balance | Non-Per Balance | Debt   |       | Personal Balance | Non-Per Balance | Debt   |
|-------|------------------|------------------|--------|-------|------------------|------------------|--------|
| Trust | $118.21          | $0.00            | $0.00  | Trust | $30.53           | $0.00            | $0.00  |
| **Begin Totals** | **$118.21** | **$0.00** | **$0.00** | **End Totals** | **$30.53** | **$0.00** | **$0.00** |

| Date | Amount | Type | Comment | Personal Bal Change | Personal Acct Balance | Non-Personal Change | Non-Personal Acct Bal | Debt Bal Change | Debt Balance |
|------|--------|------|---------|---------------------|-----------------------|---------------------|-----------------------|-----------------|--------------|
| OK 04/11/2018 | ($3.43) | Sale | Debit Sale | ($3.43) | $114.78 | $0.00 | $0.00 | $0.00 | $0.00 |
| OK 04/16/2018 | ($104.20) | Resident Withdrawal | Edward R. Hamilton | ($104.20) | $10.58 | $0.00 | $0.00 | $0.00 | $0.00 |
| OK 05/02/2018 | $19.95 | Resident Deposit | Edward R. Hamliton Refund 4/16/18 | $19.95 | $30.53 | $0.00 | $0.00 | $0.00 | $0.00 |