IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA — BUTTE DIVISION

| | |
|---|---|
| NATHANIEL KIBBY<br>#3019567<br>(PLAINTIFF)(PETITIONER)<br>V.<br><br>JIM SALMONSON<br>WARDEN — MSP<br>(DEFENDANT) | ORDER TO SHOW CAUSE FOR AN PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER.<br><br>CIVIL ACTION NO. _____ |

I. Upon the petition/complaint/supporting exhibits (grievances A-G), and legal issues raised in them, submitted; herewith it is:

II. ORDERED THAT DEFENDANT(S) - Jim Salmonson, Warden at the Montana State Prison - show cause in room _____ of the United States Courthouse at 400 N. Main Street Butte, MT 59701 on the _____ day of _____, 20___, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendant(s), thier successors in office, agents and employees and all other persons acting in concert and particpation with them; from discarding, destroying, or disposal of the petitioners personnal property while the petitioner works to exhaust his administrative and legal remidies.

III. It is further ordered that effective immediatly, and pending the hearing and determination of this order to show cause, the defendant(s) - Jim Salmonson, Warden at the Montana State Prison -, and each of their officers, agents, employees, and all persons acting in concert or participation with them, are restrained from discarding, destroying, or disposal of the petitioners personnal property while the petitioner works to exhaust his administrative and legal remidies.

IV. IT IS FURTHER ORDERED THAT THE ORDER TO SHOW CAUSE, AND ALL OTHER PAPERS ATTACHED TO THIS APPLICATION, BE SERVED ON THE AFORESAID DEFENDANT(S) BY _____.

X_____

DATED: _____

UNITED STATES DISTRICT JUDGE