# CERTIFICATE OF SERVICE

I certify that I have filed a copy of this Emergency Petition for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction with the Clerk of the Court - Butte Division (400 N. Main St Butte, MT 59701)

AND

That I have also submitted a copy to the Defendant(s) Jim Salomon - Warden Montana State Prison Deer Lodge - through the Prison's Internal Mail Delivery Procedure.

Submitted this 1st of November 2018

_Nathaniel B. Kibby_
PETITIONER

Nathaniel Kibby #3019567
Montana State Prison
700 Conley Lake Rd.
Deer Lodge   MT   59722