To Clerk of Court - Butte Division,   11/1/18

NOV 08 2018
Clerk, U.S. Courts
District of Montana
Butte Division

Enclosed Find the Following:

1) Emergency Petition For A Temporary Restraining Order and Order to show Cause for a Preliminary Injunction

2) Certificate of Service

3) Order to Show Cause for an preliminary injunction and a Temporary Restraining Order

4) Supplemental Exhibits for Petition - #A - #6 - Described as Prison Grievance Submissions articulating the particular details surrounding the requested TRO and Preliminary injunction.

5) Motion to Proceed In Forma Pauperis

6) 6 Months of Inmates Account Statements.

Please take note that the Emergency nature is the due date (approx) of 11/7/18 by which the Petitioner will Suffer Irreperable Harm by Prison Action, unless the court intervenes as requested in the Emergency Petition. Anything you can do to expedite the matter is greatly appreciated. Thank You.

*[signature]*

Nathaniel Kibby