UNITED STATES DISTRICT COURT
HELENA, MONTANA DIVISION
901 FRONT ST., SUITE 2100
HELENA, MT 59629

CLERK OF THE COURT;

ENCLOSED PLEASE FIND 2 PETITIONS, TOTALING 38 HANDWRITTEN PAGES, IN THE CAUSE #: CV18-104-H-BMM-JTJ.
A) 10 PAGE w/ CERTIFICATE OF SERVICE; PETITION TO RECONSIDER ORDER
B) 28 PAGE w/ CERTIFICATE OF SERVICE; SWORN DECLARATORY AFFIDAVIT AND LEGAL MEMORANDUM.

AT THE 11TH HOUR TO FILING THIS PETITION, AFTER LABORIOUSLY COMPLETING THE HAND WRITTEN FINAL DRAFT; I OBTAINED CASELAW OUT OF A PRISON LIBRARY BOOK, BUT COULD NOT OBTAIN THE ACTUAL CASES THEMSELVES TO VERIFY THE ACCURACY, OR RELEVANT APPLICATION OF THOSE CITATIONS. NOT BEFORE THE 12/13/18 FILING DEADLINE. NOT THE MOST IDEAL ACCESS TO LEGAL RESEARCH. NOR IS IT MY PREFERENCE TO INSERT LEGAL CITATIONS IN THE MARGINS OF A LEGAL MEMORANDUM. I DID THE BEST I COULD WITH WHAT LITTLE I HAD, IN A SHORT AMOUNT OF TIME. I APOLOGIZE IF THIS CREATES ANY INCONVENIENCE OR CONFUSION.

Respectfully Submitted,
*Nathaniel E. Kibby* (PRO SE PETITIONER)
NATHANIEL KIBBY #3019567
MONTANA STATE PRISON
700 CONLEY LAKE RD.
DEER LODGE MT 59722