U.S.D.C - HELENA DIVISION                                                                12/7/18
901 FRONT ST. SUITE 2100, HELENA, MT 59629

RE: CV18-104-H-BMM-JTJ — (MISSING LEGAL MAIL)

DEC 12 2018
Clerk, U.S. Courts
District of Montana
Helena Division

TO THE CLERK OF COURT OR DISTRICT JUDGE;

IN THE ABOVE MATTER, ON 11/30/18, I SUBMITTED TO THE MONTANA STATE PRISON MAILROOM, A LG ENVELOPE CONTAINING A PETITION TO RECONSIDER ORDER, A SWORN DECLARATORY AFFIDAVIT AND LEGAL MEMORANDUM (38 PAGES TOTAL) W/ CERTIFICATES OF SERVICE. ADDRESSED TO THIS COURT, CERTIFIED W/ RETURN RECIEPT REQUESTED. I AM WRITING BECAUSE I HAVE REASON TO BELIEVE THE PRISON HAS NOT MAILED IT YET, OR WON'T. I AM EXPERIENCING RETALIATION, HINDERED ACCESS TO LEGAL RESEARCH, AND ADMINISTRATIVE GRIEVANCES ARE BEING WHOLESALE IGNORED. THERE IS A 12/13/18 COURT ORDERED DEADLINE THAT I MUST SUBMIT BY. IF YOU HAVE NOT RECIEVED MY SUBMISSION BY THEN, THE FAULT LIES WITH PRISON STAFF. MY WRITTEN INQUIRIES TO THE MAILROOM SUPERVISOR, ARE WITHOUT RESPONSE. (I WOULD BE SUPRISED IF YOU RECIEVE THIS LETTER.) IN THE EVENT THAT THIS COURT DOES NOT RECIEVE MY MAILING BY THE DUE DATE, I WOULD REQUEST AN EXTENSION, AND AN ORDER FOR RELIEF; DIRECTING THE DEFENDANT (WARDEN SALMONSON) TO REFRAIN FROM OBSTRUCTING ACCESS TO THE COURT THROUGH EITHER THE MAIL, OR THROUGH LEGAL RESEARCH, AND TO DIRECT HIS SUBORDINATES TO COMPLY W/ SAID ORDER. (13 DAYS IS SUFFICIENT TO RECIEVE 1ST CLASS - IN STATE - MAILINGS).

RESPECTFULLY,
*Nathaniel B. Kibby* NATHANIEL KIBBY # 3019567 (PRO SE PETITIONER)
MONTANA STATE PRISON 700 CONLEY LAKE RD. DEER LODGE MT 59722