UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| NATHANIEL KIBBY, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 18-104-H-BMM |
| vs. | |
| JIM SALMONSON, | |
| Defendant. | |

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Salmonsen.

    Dated this 30th day of May, 2019.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ T. Gesh
                                       T. Gesh, Deputy Clerk